# VERIFICATION

State of Alaska      )
                         ) ss.

Fourth Judicial District    )

     Steven Hansen, being first duly sworn, deposes and states that he is Associate General Counsel for the University of Alaska, defendant above named; that he knows the contents of this notice of removal and that the same are true and accurate to the best of his knowledge and belief; and that he voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of the University of Alaska.

_____
Steven Hansen
ABA# 6911053

     SUBSCRIBED AND SWORN TO before me this 12th day of March, 2026.

DAWN L LIGHTHALL
Notary Public
State of Alaska
My Commission Expires
9/28/28

Notary Public in and for Alaska
My commission expires: 9/28/28

University of Alaska
Office of General
Counsel
2025 Yukon Drive
203 Butrovich
Building
PO Box 755160
Fairbanks AK 99775
(907) 450-8080

VERIFICATION PAGE
*Pinzner v. University of Alaska*, Case No. 4:26-0000
Page 1 of 1